Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Aussieker<br><br>             Plaintiff(s),<br><br>   v.<br><br>JEREMY LENZ, FORMULA FUNDING<br><br>             Defendant(s) | No. **2:19-cv-00663-MCE-DB**<br><br>JOINT STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

DATED: September 26, 2019

Dated: September 26, 2019

*[signature]*
Plaintiff Mark Aussieker,

/s/ Vik Chaudhry

Vik Chaudhry
Attorney for the Defendants
FORMULA 5 CAPITAL, INC.
and JEREMY LENZ

1